# Court of Appeals
# of the State of Georgia

ATLANTA,  April 07, 2022

*The Court of Appeals hereby passes the following order:*

## A22A1230. TORAY D. PORTER v. THE STATE.

After entering a guilty plea in 2012 to armed robbery, Toray D. Porter filed a motion for an out-of-time appeal in December 2021. The trial court denied the motion, and Porter filed this direct appeal.[1]

In *Cook v. State*, the Supreme Court determined that a trial court lacks authority to grant an out-of-time appeal. *Cook v. State*, ___ Ga. ___, ___ (5) (Case No. S21A1270, decided March 15, 2022). This holding is to be applied to "all cases that are currently on direct review or otherwise not yet final." Id. Porter, therefore, "had no right to file a motion for an out-of-time appeal in the trial court; his remedy, if any, lies in habeas corpus." *Rutledge v. State*, ___ Ga. ___, ___ (Case No. S21A1036, decided March 15, 2022). Rather than denying Porter's motion, the trial court should have dismissed it. See id.

---

[1] Porter also filed a timely application for discretionary appeal from the same trial court order. Because both filings were from the same order and that order was subject to direct appeal, we dismissed the application. See OCGA § 5-6-35 (j). Case No. A22D0314 (dismissed Apr. 7, 2022).

Accordingly, the trial court's order denying the motion for out-of-time appeal is hereby VACATED, and this appeal is hereby REMANDED to the trial court, which is DIRECTED to enter an order dismissing the motion for out-of-time appeal.



*Court of Appeals of the State of Georgia*
        *Clerk's Office, Atlanta,* __04/07/2022__
        *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
        *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_Stephen E. Castlen_____ *, Clerk.*